**UNITED STATES OF AMERICA**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA

      Plaintiff                        Case No. 05-73883
                                     Hon: Patrick J. Duggan
-v-                                 Claim No. 1999A17723

SHANNON CAGLE,
         Defendant

---

### ORDER ALLOWING RECORDS SUBPOENA

At a session of said Court held in the
City of Detroit, Wayne County, Michigan,
on April 10, 2009.

PRESENT: HONORABLE PATRICK J. DUGGAN

Upon the reading and filing of the Petition of the Plaintiff, and this Court being more fully informed and duly advised in the premises:

And upon the Motion of PAMELA S. RITTER, attorney for the Plaintiff;

IT IS HEREBY ORDERED that the Plaintiff may issue a subpoena to **HOMECOMINGS FINANCIAL SERVICES, LLC.** requesting copies of any bank checks used to make payments on account in the last six months and /or the bank routing number of any online payments made in the last six months.

                                s/Patrick J. Duggan
                                Patrick J. Duggan
                                United States District Judge

Dated: April 10, 2009
I hereby certify that a copy of the foregoing document was served upon counsel of record on April 10, 2009, by electronic and/or ordinary mail.

                                s/Marilyn Orem
                                Case Manager